IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK PERCENTIE,

       Petitioner,

v.

DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3157

Opinion filed December 4, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Patrick Percentie, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kathleen C. Hagan, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., BENTON and KELSEY, JJ., CONCUR.